# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CHARLES McCOY, | : | |
| Plaintiff, | : | Case No. 3:09cv00211 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| CITY OF TROY, OHIO, *et al.*, | : | |
| Defendants. | : | |

# DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #26), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on September 15, 2009 (Doc. #26) is ADOPTED in full;

2. Defendant City of Troy's Motions to Dismiss (Doc. #s 14, 17) are GRANTED; and

3. Plaintiff's claims against the City of Troy are DISMISSED.

October 5, 2009              *S/THOMAS M. ROSE

                                           _____
                                           Thomas M. Rose
                                           United States District Judge