# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CHARLES McCOY, | : | |
| Plaintiff, | : | Case No.  3:09cv00211 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| CITY OF TROY, et al., | : | |
| Defendants. | : | |

## DECISION AND ENTRY

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #68), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on September 24, 2010 (Doc. #68) is ADOPTED in full;

2. Plaintiff's Motion For Leave To Appeal In Forma Pauperis (Doc. #66) is DENIED; and

    3.    The case remains terminated on the docket of this Court.

October 13, 2010                                                            *s/THOMAS M. ROSE*

                                                                Thomas M. Rose
                                                  United States District Judge